**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **TIMOTHY KALINOWSKY** | : | **NO. 19-178** |
| **USM No. 77154-066** | | |

**O R D E R**

**AND NOW,** this 7th day of June, 2022, it is hereby **ORDERED** that the Defendant's Unopposed Motion to Amend Judgment of Conviction (Doc. No. 32) is **GRANTED** to permit the concurrent service of Mr. Kalinowsky's remaining federal sentence in DPAE2: 19CR000178-001 with his remaining sentence in CP-23-CR-7320-2018.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge